Order issued: October 19 , 2012



In The
## Court of Appeals
### Fifth District of Texas at Dallas

No. 05-12-00848-CV

**LUCKY MERK, LLC D/B/A GREENVILLE BAR & GRILL, ET AL., Appellants**

**V.**

**GREENVILLE LANDMARK VENTURE, LTD., ET AL., Appellees**

On Appeal from the County Court at Law No. 4
Dallas County, Texas
Trial Court Cause No. 10-02411-D

## ORDER

We **DENY** appellees' October 5, 2012 motion for rehearing of their motion to dismiss the appeal.

CAROLYN WRIGHT
CHIEF JUSTICE